JONATHAN BULKLEY and Others v. MINTHORNE T. GORDON, JR.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HARRY DRANOW v. JULIUS WEINGARTEN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THOMAS R. T. MAURICE v. JOHN J. WHITE.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

GUARDIAN TAXI CORPORATION and Another v. NATHAN HAYMAN and Others. — Motion granted on condition that appellants within five days give an undertaking to secure payment of judgment and costs to respondents. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

MICHAEL MARKS and Another v. NEW AMSTERDAM CASUALTY COMPANY.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HENRY H. JACKSON v. SALMONT HOLDING CORPORATION and Others. (PAUL SAUREL, JR., Receiver, Respondent.) — Motion denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of Election of the Trustees of RUTHENIAN GREEK CATHOLIC CHURCH OF ST. GEORGE, NEW YORK CITY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ROBERT E. MYERS and Another v. WILLIAM J. TONKIN and Another.— Motion granted so far as to extend time of appellants in which to serve the proposed case until ten days after receipt by appellants' attorney of the Exhibit B or a correct copy thereof, for the purpose of including same in the proposed case on appeal. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

SADIE ISAACS v. ASSOCIATED LESSORS, INC., and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J.; McAvoy, Martin, O'Malley and Sherman, JJ.

MORRIS GOLLIN and Another v. FANNIE CAHN. JACK FRIEDMAN and Another v. FANNIE CAHN. JOSEPH ROSOFF and Another v. FANNIE CAHN.—Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

KATUGO TRADING CORPORATION v. PROGRESS SAMPLE CARD COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN KARPILOW v. ROBERT BARR, Warden of the City Prison, etc., and Another.— Motion denied and stay vacated. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOL BINDER v. ROBERT BARR, Warden of the City Prison, etc., and Another.— Motion denied and stay vacated. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.